**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Damon Charles Yellow Wolf, a/k/a | ) | Case No. 4:14-cr-022 |
| Charles Yellow Wolf, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action and was arraigned on October 9, 2014. At his initial appearance, defendant applied for court-appointed counsel. Finding that defendant qualified for representation under 18 U.S.C. § 3006A, the court appointed the Federal Public Defender for the District of North Dakota to represent defendant in this matter.

On February 12, 2015, the court held a detention hearing in this action. Based upon additional information provided to the court at this hearing about defendant's finances, the court finds that defendant no longer qualifies for court-appointed counsel. Consequently, the court **GRANTS** the Federal Public Defender leave to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court